UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

JAMES R. FOUTS,

        Plaintiff,

vs.

Case No. 23-11868
HON. GEORGE CARAM STEEH

THE WARREN CITY COUNCIL,
THE WARREN CITY ELECTION
COMMISSION, ANTHONY G.
FORLINI in his official capacity as
MACOMB COUNTY CLERK, and
SONJA D. BUFFA in her official
capacity as WARREN CITY CLERK.

        Defendants.
_____/

## JUDGMENT

In accordance with the court's order granting defendants' motions to dismiss (ECF Nos. 10 and 12), entered this date,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is GRANTED in favor of defendants.

KINIKIA ESSIX
CLERK OF THE COURT

By: Michael Lang
Deputy Clerk

APPROVED:

s/George Caram Steeh
HON. GEORGE CARAM STEEH
UNITED STATES DISTRICT JUDGE

Dated: September 5, 2023

-2-

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on September 5, 2023, by electronic and/or ordinary mail.

s/Michael Lang
Deputy Clerk